| AO-10 Rev. 1/89 | **FINANCIAL DISCLOSURE REPORT** | Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I, §§ 301-09) |
|---|---|---|

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| ROTH, JANE R. | United States Court of Appeals Third Circuit | May 20, 1991 |

| Title | Date of Entry/Nomination/Termination (only if initial or final report) | Reporting Period (Calendar year, or inclusive dates) |
|---|---|---|
| U.S. Circuit Court Judge | May 15, 1991 | January 1– May 20,1991 |

| Home or office address |  |
|---|---|
| Lock Box 12, U.S. Courthouse 844 King Street Wilmington, DE 19801 | |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

| Board of Overseers | Law School of Widener University |
|---|---|
| Trustee | Historical Society of Delaware |
| Director | World Affairs Council of Wilmington |
| President | Richard S. Rodney Inn, AICF |

I hold and exercise a power of attorney for Catherine M. Donahoe

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☒ NONE (No reportable agreements)

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|

☐ NONE (No reportable non-investment income)

| 1 | | $ |
|---|---|---|
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |
|  | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>ROTH, Jane R. | Date of Report<br>5/20/91 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Wilmington Country Club | Spouse - Honorary Membership |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Wilmington Trust Co. (J) | Mortgage-Rehoboth house | K |
| Lucille F. Roth (J) | Loan-Montana land | K |
| | | |
| | | |
| | | |
| | | |

| * VALUE CODES: | J = $0 to $1,000 | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
|---|---|---|---|---|
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROTH, Jane R. | May 20, 1991 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A. Description of Assets (Including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by Dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 17 Henlopen Ave., Rehoboth, DE - J | A | - | M | W | | | | | | |
| 2 Reddington P'ship XI 1 unit Bankrupt | A | - | J | T | | | | | | |
| 3 Del. Comm. Affairs Bonds | A | INT. | J | T | | | | | | |
| 4 Wilm. City Bonds | A | INT. | J | T | | | | | | |
| 5 Wilm. Parking Auth Bonds | A | INT. | J | T | | | | | | |
| 6 Wilm. Trust Money Market Acct | A | INT. | K | T | | | | | | |
| 7 Wilm. Trust Savings Acct. - J | A | INT. | J | T | | | | | | |
| 8 Wilm Trust Checking Acc | A | INT. | J | T | | | | | | |
| 9 Artisans Savings Acct Wilm, DE | A | INT. | J | T | | | | | | |
| 10 Mellon Bank IRA Wilm, DE | A | - | L | T | | | | | | |
| 11 Wilm Trust IRA | A | - | K | T | | | | | | |
| 12 Dean Witter Reynolds IRA Wilm DE | A | - | M | T | | | | | | |
| 13 Trust w/Wilm Trust - see attached | E | INT. | O | T | | | | | | |
| 14 Richards Trust-see att. | D | INT. | M | T | | | | | | |
| 15 Wilmington Trust Savings Acct - DC | A | INT. | K | T | | | | | | |
| 16 Artisans Savings Acct Wilm, DE - DC | A | INT. | K | T | | | | | | |
| 17 3327 Resevoir Rd.,Wash DC - J (X) | D | Rent | M | W | | | | | | |
| 18 479 acres-Montana J | A | - | M | W | | | | | | |
| 19 Legg Mason IRA Wilm, DE | A | - | J | T | | | | | | |
| 20 Metro Life Ins Policy S | A | - | J | T | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less E=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to 5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>ROTH, Jane R. | Date of Report<br>5/20/91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income<br>during period | | C.<br>Gross value at<br>end of period | | D.<br>Transactions during period<br>(Reporting Individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt.<br>Code¹<br>(A-H) | Type<br>(e.g., div.) | Value<br>Code²<br>(J-P) | Value<br>Method<br>Code³<br>(Q-W) | Type<br>(e.g., sold) | Date:<br>Month-<br>Day | Value<br>Code²<br>(J-P) | Gain<br>Code¹<br>(A-H) | Identity of<br>buyer/seller<br>(if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Aust. Oil & Gas     S | A | – | J | T | | | | | |
| 2 New Castle Cty Eco Bonds  S | A | Int | J | T | | | | | |
| 3 New Castle Cty SFM Bonds   X S | A | Int. | K | T | | | | | |
| 4 Del. St. Housing Auth Bonds   X S | A | Int. | J | T | | | | | |
| 5 Dreyful CapValue Fund (Legg Mason)   X S | A | Int. | K | T | | | | | |
| 6 Wilm Trust IRA   S | A | – | J | T | | | | | |
| 7 Legg Mason IRA   S | A | – | K | T | | | | | |
| 8 Legg Mason Keogh     S | B | Int. | L | T | | | | | |
| 9 Hercules Pension     S | B | pen. | | | | | | | |
| 10 Employee Thrift Plan | A | – | J | T | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROTH, Jane R. | 5/20/91 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☐ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _____     Date May 20, 1991

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 304, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

1. Mail signed original and 3 additional copies to:
   Judicial Ethics Committee
   Administrative Office of the
   United States Courts
   Washington, DC 20544

2. Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google